UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00321-SPG-RAO | JS-6 | Date    July 17, 2024 |
| Title | MULKERRON v. ANTHEM BLUE CROSS LIFE & HEALTH INS. CO., et al. | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) NOTICE OF DISMISSAL**

The parties filed a Joint Stipulation of Dismissal with Prejudice, (ECF No. 26), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 26-1) as moot, and all pending dates are vacated and taken off calendar.

_____ : _____

Initials of Preparer    pg    _____